IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RICARDO JAMAL STROZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-057 |
| | ) | |
| PHIL HALL, Warden; CATHY LEWIS, Deputy Warden of Care and Treatment; FRED GAMMAGE, Deputy Warden of Security; and BARBARA GRANT, Unit Manager, individually and in their official capacities, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**
_____

On December 12, 2018, the Court issued a report and recommendation ("R&R") screening Plaintiff's complaint and recommending dismissal of Plaintiff's Religious Land Use and Institutionalized Persons Act claims, official capacity claims for monetary relief, due process claims for being placed in the Tier II program, and claims against Defendants for loss or damage to his property for failure to state a claim. (Doc. no. 10.) In a simultaneously filed order, the Court allowed Plaintiff to proceed on his Fourteenth Amendment due process claim against Deputy Warden Gammage and Unit Manager Grant for placing Plaintiff in an isolation cell for extended periods of time, claim for retaliatory transfer against all Defendants for transferring Plaintiff to WSP for filing grievances concerning his isolation and placement in the Tier II program, and directed service of process on Defendants. (Doc.

no. 12.)  Wavier of service forms were sent on January 1, 2019, and by January 31, 2019, all Defendants returned their waiver of service forms as executed, setting Defendants' answer deadline to March 4, 2018.  (Doc. nos. 15-18.)

On January 24, 2019, the presiding District Judge adopted, as modified therein, the Court's R&R, allowing Plaintiff to additionally proceed with his Fourteenth Amendment due process claim against all Defendants for remaining in an isolation cell upon being placed in the Tier II Program until his transfer to Ware State Prison twelve days later.  (Doc. no. 14.) The presiding District Judge overruled Plaintiff's remaining objections and dismissed Plaintiff's claims under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc *et seq.*, official capacity claims for monetary damages, and claims for loss or damage to his property for failure to state a claim.  (Id.)  Additionally, the presiding District Judge extended Defendants' time within which to answer, move, or otherwise plead to Plaintiff's Complaint by fourteen days because of the additional claim going forward.  (Id.) Thus, in light of the presiding District Judge's order and in an abundance of caution to ensure Defendants are aware of all of Plaintiff's claims allowed to proceed, Defendants shall have through and including March 19, 2019, within which to answer, move, or otherwise plead to Plaintiff's Complaint.

SO ORDERED this 5th day of February, 2019, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA