IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RICARDO JAMAL STROZIER, | ) |
| Plaintiff, | ) |
| v. | ) CV 318-057 |
| PHIL HALL, Warden; CATHY LEWIS, Deputy Warden of Care and Treatment; FRED GAMMAGE, Deputy Warden of Security; and BARBARA GRANT, Unit Manager, individually and in their official capacities, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS IN PART** and **DENIES IN PART** Defendants' motion to dismiss, (doc. no. 22), **DISMISSES** Plaintiff's claims for retaliatory transfer, and **DISMISSES** Plaintiff's claims for injunctive relief.

The only claims left for further litigation are Plaintiff's (1) Fourteenth Amendment due process claim against Deputy Warden Fred Gammage and Unit Manager Barbara Grant for placing Plaintiff in an isolation cell for extended periods of time; and (2) Fourteenth Amendment due process claim against all Defendants for remaining in an isolation cell upon

being placed in the Tier II Program until his transfer to Ware State Prison twelve days later. Accordingly, the Court **LIFTS** the stay of discovery and **ORDERS** Defendants to file an answer within fourteen days of this Order.

SO ORDERED this 26th day of August, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE